# Lee Declaration Exhibit 1



# 12/395,437 | Z-PTNTR200904:

## A BANDWIDTH SHAPING CLIENT TO CAPTURE, TRANSFORM, CACHE, AND UPLOAD IMAGES FROM A REMOTE POINT OF RECORDATION TO A NETWORK SERVICE

| Application # | Attorney Docket # | Patent # | Status | Filing or 371 (c) date |
|---|---|---|---|---|
| 12/395,437 | Z-PTNTR200904 | 8,558,888 Issued - 10/15/2013 | Patented Case - 09/25/2013 | 02/27/2009 |

## 5 Assignments found

### Assignment 1

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 022333/0479 | 03/02/2009 | 2 |

Conveyance

ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). *PDF*

| Assignors | Execution date | Correspondent |
|---|---|---|
| ROSKOWSKI, STEVEN GODDARD | 03/02/2009 | PETER GH HWANG<br>PO BOX 151616<br>SAN RAFAEL, CA 94915 |

Assignee

THIRD IRIS CORP.
PO BOX 309
UGLAND HOUSE
GRAND CAYMAN, CAYMAN ISLANDS KY1-1104

### Assignment 2

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 029218/0107 | 10/12/2012 | 30 |

Conveyance

SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). *PDF*

| Assignors | Execution date | Correspondent |
|---|---|---|
| BARRACUDA NETWORKS, INC. | 10/03/2012 | THOMAS FAHEY<br>NATIONAL CORPORATE RESEARCH, LTD.<br>1100 G STREET NW<br>SUITE 420 |

Assignee

SILICON VALLEY BANK
2400 HANOVER STREET
PALO ALTO, CALIFORNIA 94304

## Assignment 3

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 041069/0270 | 01/24/2017 | 5 |

Conveyance

ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). *PDF*

| Assignors | Execution date | Correspondent |
|---|---|---|
| ROSKOWSKI, STEVEN | 04/25/2013 | DUANE MORRIS LLP<br>2475 HANOVER STREET<br>PALO ALTO, CA 94304 |

Assignee

BARRACUDA NETWORKS, INC.
3175 WINCHESTER BLVD.
CAMPBELL, CALIFORNIA 95008

## Assignment 4

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 042834/0050 | 06/15/2017 | 13 |

Conveyance

ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). *PDF*

| Assignors | Execution date | Correspondent |
|---|---|---|
| BARRACUDA NETWORKS, INC. | 06/01/2017 | MATTHEW CONNOLLY<br>475-B VANDELL WAY<br>CAMPBELL, CA 95008 |

Assignee

VIAAS, INC.
475-B VANDELL WAY
CAMPBELL, CALIFORNIA 95008

## Assignment 5

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 045027/0870 | 01/08/2018 | 13 |

Conveyance

RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS). *PDF*

| Assignors | Execution date | Correspondent |
|---|---|---|
| SILICON VALLEY BANK, AS ADMINISTRATIVE AGENT | 01/02/2018 | WSGR, C/O QUI LU, SENIOR PARALEGAL ONE MARKET, SPEAR TOWER, SUITE 3300 SAN FRANCISCO, CA 94105 |

Assignee

BARRACUDA NETWORKS, INC.
3175 WINCHESTER BOULEVARD
CAMPBELL, CALIFORNIA 95008

10 per page ▼     Page 1 of 1 ▼

**Disclaimer:** Assignment information on the assignment database reflects assignment documents that have been actually recorded. If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different. If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350.