# Lee Declaration Exhibit 3

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT4765565

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | RELEASE OF SECURITY INTEREST |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| SILICON VALLEY BANK, AS ADMINISTRATIVE AGENT | 01/02/2018 |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | BARRACUDA NETWORKS, INC. |
| Street Address: | 3175 WINCHESTER BOULEVARD |
| City: | CAMPBELL |
| State/Country: | CALIFORNIA |
| Postal Code: | 95008 |

### PROPERTY NUMBERS Total: 79

| Property Type | Number |
|---|---|
| Patent Number: | 5503561 |
| Patent Number: | 5796948 |
| Patent Number: | 5999967 |
| Patent Number: | 6097697 |
| Patent Number: | 6098108 |
| Patent Number: | 6266701 |
| Patent Number: | 6324582 |
| Patent Number: | 6778941 |
| Patent Number: | 7010611 |
| Patent Number: | 7093287 |
| Patent Number: | 7093294 |
| Patent Number: | 7103913 |
| Patent Number: | 7149222 |
| Patent Number: | 7149795 |
| Patent Number: | 7254038 |
| Patent Number: | 7272155 |
| Patent Number: | 7328247 |
| Patent Number: | 7519727 |
| Patent Number: | 7688815 |
| Patent Number: | 7788291 |

| Property Type | Number |
| --- | --- |
| Patent Number: | 7836267 |
| Patent Number: | 7861300 |
| Patent Number: | 7877789 |
| Patent Number: | 7898953 |
| Patent Number: | 7917756 |
| Patent Number: | 8050251 |
| Patent Number: | 8069244 |
| Patent Number: | 8122493 |
| Patent Number: | 8204948 |
| Patent Number: | 8219644 |
| Patent Number: | 8280895 |
| Patent Number: | 8285997 |
| Patent Number: | 8360808 |
| Patent Number: | 8434140 |
| Patent Number: | 8463797 |
| Patent Number: | 8555365 |
| Application Number: | 11844348 |
| Application Number: | 12030339 |
| Application Number: | 12037746 |
| Application Number: | 12268446 |
| Application Number: | 12323379 |
| Application Number: | 12409504 |
| Application Number: | 12348917 |
| Application Number: | 11566013 |
| Application Number: | 11367765 |
| Application Number: | 12467007 |
| Application Number: | 12551169 |
| Application Number: | 12167547 |
| Application Number: | 13166808 |
| Application Number: | 13166807 |
| Application Number: | 13246834 |
| Application Number: | 12610511 |
| Application Number: | 12351812 |
| Application Number: | 13225371 |
| Application Number: | 13225432 |
| Application Number: | 13246386 |
| Application Number: | 13152269 |
| Application Number: | 12610505 |

| Property Type | Number |
|---|---|
| Application Number: | 13225428 |
| Application Number: | 11903605 |
| Application Number: | 12128286 |
| Application Number: | 12167134 |
| Application Number: | 12431757 |
| Application Number: | 12497563 |
| Application Number: | 12551239 |
| Application Number: | 12578008 |
| Application Number: | 12685708 |
| Application Number: | 12703148 |
| Application Number: | 12732189 |
| Application Number: | 12784471 |
| Application Number: | 12851499 |
| Application Number: | 12973727 |
| Application Number: | 13153327 |
| Application Number: | 13156340 |
| Application Number: | 13175812 |
| Application Number: | 13183403 |
| Application Number: | 13280268 |
| Application Number: | 12395437 |
| Application Number: | 12511822 |

**CORRESPONDENCE DATA**

Fax Number: (415)947-2099

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 4159472000
Email: qlu@wsgr.com
Correspondent Name: WSGR, C/O QUI LU, SENIOR PARALEGAL
Address Line 1: ONE MARKET, SPEAR TOWER, SUITE 3300
Address Line 4: SAN FRANCISCO, CALIFORNIA 94105

| ATTORNEY DOCKET NUMBER: | 31212.038 |
|---|---|
| NAME OF SUBMITTER: | QUI LU |
| SIGNATURE: | /Qui Lu/ |
| DATE SIGNED: | 01/08/2018 |

Total Attachments: 9
source=Termination and Release of Patent Security Agreement#page1.tif
source=Termination and Release of Patent Security Agreement#page2.tif
source=Termination and Release of Patent Security Agreement#page3.tif
source=Termination and Release of Patent Security Agreement#page4.tif

source=Termination and Release of Patent Security Agreement#page5.tif
source=Termination and Release of Patent Security Agreement#page6.tif
source=Termination and Release of Patent Security Agreement#page7.tif
source=Termination and Release of Patent Security Agreement#page8.tif
source=Termination and Release of Patent Security Agreement#page9.tif

# TERMINATION AND RELEASE OF
# PATENT SECURITY AGREEMENT

This TERMINATION AND RELEASE OF PATENT SECURITY AGREEMENT (this "*Termination*"), dated as of January 2, 2018, is executed by **SILICON VALLEY BANK**, as Administrative Agent (the "*Administrative Agent*"), in favor of **BARRACUDA NETWORKS, INC.**, a Delaware corporation (the "*Borrower*"). All capitalized terms used in this Termination and not otherwise defined herein, shall have the respective meanings given to such terms in the Security Agreement (defined below).

## RECITALS

A. Pursuant to that certain Patent Security Agreement, dated as of October 3, 2012 (as amended, the "*Security Agreement*"), by and between Borrower and Administrative Agent, Borrower granted to Administrative Agent a security interest in the IP Collateral (defined below).

B. The Security Agreement was recorded with the Patent Division of the United States Patent and Trademark Office on October 12, 2012 at Reel/Frame 029218/0107 to evidence the security interest granted under the Security Agreement.

C. Administrative Agent agrees to execute this Termination in order to evidence the termination and release of its security interest in the IP Collateral specified below.

## AGREEMENT

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Administrative Agent hereby agrees as follows:

(a) Administrative Agent expressly terminates and releases all of Administrative Agent's right, title and interest in, to and under the following (collectively, the "*IP Collateral*"):

(i) All letters patent of the United States, any other country or any political subdivision thereof, all reissues and extensions thereof and all goodwill associated therewith, including without limitation, any of the foregoing referred to on Schedule A hereto, all applications for letters patent of the United States or any other country and all divisions, continuations and continuations-in-part thereof, including, without limitation, any of the foregoing referred to on Schedule A, and all rights to obtain any reissues or extensions of the foregoing, whether now owned or existing or at any time hereafter acquired or arising and wherever located.

(b) Administrative Agent represents and warrants that it has the full power and authority to execute this Termination.

(c) Administrative Agent authorizes and requests the patent division of the United States Patent and Trademark Office to record this Termination.

*[Signature Page Follows]*

8916410

**PATENT
REEL: 045027 FRAME: 0874**

IN WITNESS WHEREOF, Administrative Agent has executed and delivered this Termination as of the day and year first above written.

> SILICON VALLEY BANK,
> as Administrative Agent
>
> By: _/s/ Stephen Chang_____
> Name: Stephen Chang
> Title: Vice President

*[Termination and Release of Patent Security Agreement]*

## SCHEDULE A

| Title | Application No. | Filing Date | Patent No. | Issue Date |
|---|---|---|---|---|
| WEB APPLICATION SECURITY FILTERING | 08159796.5 (EP) | 07/07/2008 | EP2 144 420 | 06/22/2011 |
| BELIEF-SCAN FALLACY FINDER COMPUTERIZED FALLACY DETECTION AND DIAGNOSTIC SYSTEM | 08198999 | 02/18/1994 | 5503561 | 04/02/1996 |
| OFFENSIVE MESSAGE INTERCEPTOR FOR COMPUTER | 08745650 | 11/12/1996 | 5796948 | 08/18/1998 |
| ELECTRONIC MAIL FILTERING BY ELECTRONIC STAMP | 08910326 | 08/17/1997 | 5999967 | 12/07/1999 |
| CONGESTION CONTROL | 09118400 | 07/17/1998 | 6097697 | 08/01/2000 |
| DISTRIBUTED DIRECTORY FOR ENHANCED NETWORK COMMUNICATION | 09016120 | 01/30/1998 | 6098108 | 08/01/2000 |
| APPARATUS AND METHOD FOR IMPROVING THROUGHPUT ON A DATA NETWORK | 08886869 | 07/02/1997 | 6266701 | 07/24/2001 |
| ENHANCED NETWORK COMMUNICATION | 09176065 | 10/20/1998 | 6324582 | 11/27/2001 |
| MESSAGE AND USER ATTRIBUTES IN A MESSAGE FILTERING METHOD AND SYSTEM | 10010789 | 11/13/2001 | 6778941 | 08/17/2004 |
| BANDWIDTH MANAGEMENT SYSTEM WITH MULTIPLE PROCESSING ENGINES | 09612635 | 07/07/2000 | 7010611 | 03/07/2006 |
| METHOD AND SYSTEM FOR BUILDING DYNAMIC FIREWALL RULES, BASED ON CONTENT OF DOWNLOADED DOCUMENTS | 09687100 | 10/12/2000 | 7093287 | 08/15/2006 |
| SYSTEM AND METHOD FOR DETECTING AND CONTROLLING A DRONE IMPLANTED IN A NETWORK ATTACHED DEVICE SUCH AS A COMPUTER | 10002764 | 10/31/2001 | 7093294 | 08/15/2006 |

| Title | Application No. | Filing Date | Patent No. | Issue Date |
|---|---|---|---|---|
| METHOD AND APPARATUS FOR DETERMINATION OF THE NON-REPLICATIVE BEHAVIOR OF A MALICIOUS PROGRAM | 10141896 | 05/08/2002 | 7103913 | 09/05/2006 |
| INTEGRATED ACCESS POINT NETWORK DEVICE | 09730513 | 12/05/2000 | 7149222 | 12/12/2006 |
| DISTRIBUTED QUALITY-OF-SERVICE SYSTEM | 09955860 | 09/18/2001 | 7149795 | 12/12/2006 |
| LOW PROFILE EXPANSION CARD FOR A SYSTEM | 11111319 | 04/21/2005 | 7254038 | 08/07/2007 |
| CENTRAL POLICY MANAGER | 09950979 | 09/12/2001 | 7272155 | 09/18/2007 |
| SELF-CONTAINED INSTANT MESSAGING APPLIANCE | 10878794 | 06/28/2004 | 7328247 | 02/05/2008 |
| BANDWIDTH MANAGEMENT ALGORITHM | 11311866 | 12/19/2005 | 7519727 | 04/14/2009 |
| METHOD AND SYSTEM FOR A MULTI-STAGE INTERCONNECT SWITCH | 10920789 | 08/17/2004 | 7688815 | 03/30/2010 |
| WEB ACCELERATOR APPARATUS, SYSTEM, AND METHOD | 11861034 | 09/25/2007 | 7788291 | 08/31/2010 |
| OPEN COMPUTER FILES SNAPSHOT. | 11847380 | 08/30/2007 | 7836267 | 11/16/2010 |
| METHOD AND APPARATUS FOR DETERMINATION OF THE NON-REPLICATIVE BEHAVIOR OF A MALICIOUS PROGRAM | 12141165 | 06/18/2008 | 7861300 | 12/28/2010 |
| E-MAIL STAMPING WITH FROM-HEADER VALIDATION | 11743151 | 05/02/2007 | 7877789 | 01/25/2011 |
| DEFICIT AND GROUP ROUND ROBIN SCHEDULING FOR EFFICIENT NETWORK TRAFFIC MANAGEMENT | 12466387 | 05/15/2009 | 7898953 | 03/01/2011 |
| E-MAIL STAMPING WITH FROM-HEADER VALIDATION | 11421748 | 06/01/2006 | 7917756 | 03/29/2011 |

| Title | Application No. | Filing Date | Patent No. | Issue Date |
|---|---|---|---|---|
| SECURE REMOTE SUPPORT AUTOMATION PROCESS | 11844348 | 08/23/2007 | 8838965 | 09/16/2014 |
| TRACING DOMAINS TO AUTHORITATIVE SERVERS ASSOCIATED WITH SPAM | 12030339 | 02/13/2008 | -- | -- |
| FILTERING SECURE NETWORK MESSAGES WITHOUT CRYPTOGRAPHIC PROCESSES METHOD | 12037746 | 02/26/2008 | -- | -- |
| VERIFICATION OF DNS ACCURACY IN CACHE POISONING | 12268446 | 11/11/2008 | 7930428 | 04/19/2011 |
| POLICY-MANAGED DNS SERVER FOR TO CONTROL NETWORK TRAFFIC | 12323379 | 11/25/2008 | 8447856 | 05/21/2013 |
| RECALLING SPAM EMAIL OR VIRUSES FROM INBOXES | 12409504 | 03/24/2009 | 8788597 | 07/22/2014 |
| APPARATUS FOR TO PROVIDE CONTENT TO AND QUERY A REVERSE DOMAIN NAME SYSTEM SERVER | 12348917 | 01/06/2009 | -- | -- |
| E-MAIL STAMPING WITH ACCREDITED ENTITY NAME | 11566013 | 12/01/2006 | 7917943 | 03/29/2011 |
| INTEGRATED DATA FLOW PACKET ADMISSION AND TRAFFIC MANAGEMENT APPARATUS | 11367765 | 03/03/2006 | 7970899 | 06/28/2011 |
| TUNNELING FOR EFFICIENT NETWORK TRAFFIC MANAGEMENT | 12467007 | 05/15/2009 | 7974288 | 07/05/2011 |
| APPARATUS FOR DEFINING A SET OF RULES FOR A PACKET FORWARDING DEVICE | 12551169 | 08/31/2009 | 7987267 | 07/26/2011 |
| FACILITATING TRANSMISSION OF EMAIL BY CHECKING EMAIL PARAMETERS WITH A DATABASE OF WELL BEHAVED SENDERS | 12167547 | 07/03/2008 | 7996475 | 08/09/2011 |

| Title | Application No. | Filing Date | Patent No. | Issue Date |
|---|---|---|---|---|
| VPN OPTIMIZATION BY DEFRAGMENTATION AND DEDUPLICATION APPARATUS AND METHOD | 12421651 | 04/10/2009 | 8050251 | 11/01/2011 |
| METHOD FOR DEFINING A SET OF RULES FOR A PACKET FORWARDING DEVICE | 12551147 | 08/31/2009 | 8069244 | 11/29/2011 |
| FIREWALL BASED ON DOMAIN NAMES | 11657863 | 01/25/2007 | 8122493 | 02/21/2012 |
| QUERYING A DATABASE AND RECEIVING REPLIES IN IPV6 FORMAT BY UTILIZING WELL KNOWN PORT 53 | 12854871 | 08/11/2010 | 8204948 | 06/19/2012 |
| REQUESTING A SERVICE OR TRANSMITTING CONTENT AS A DOMAIN NAME SYSTEM RESOLVER | 12167524 | 07/03/2008 | 8219644 | 07/10/2012 |
| MULTI-STREAMED METHOD FOR OPTIMIZING DATA TRANSFER THROUGH PARALLELIZED INTERLACING OF DATA BASED UPON SORTED CHARACTERISTICS TO MINIMIZE LATENCIES INHERENT IN THE SYSTEM | 12497564 | 07/03/2009 | 8280895 | 10/02/2012 |
| BACKUP APPARATUS WITH HIGHER SECURITY AND LOWER NETWORK BANDWIDTH CONSUMPTION | 12408644 | 03/20/2009 | 8285997 | 10/09/2012 |
| CIRCUIT BOARD MOUNTED CONNECTOR | 13175182 | 07/01/2011 | 8360808 | 01/29/2013 |
| PORT HOPPING AND SEEK YOU PEER TO PEER TRAFFIC CONTROL METHOD AND SYSTEM | 12907573 | 10/19/2010 | 8434140 | 04/30/2013 |
| Method for measuring similarity of diverse binary objects comprising bit patterns | 12839307 | 07/20/2010 | 8463797 | 06/11/2013 |
| DIRECTORY AUTHENTICATION METHOD FOR POLICY DRIVEN WEB FILTERING | 12784497 | 05/21/2010 | 8555365 | 10/08/2013 |

| Title | Application No. | Filing Date | Patent No. | Issue Date |
|---|---|---|---|---|
| TRANSMISSION APPARATUS FOR VPN OPTIMIZATION BY DEFRAGMENTATION AND DEDUPLICATION AND METHOD | 13166808 | 06/23/2011 | 8559450 | 10/15/2013 |
| RECEPTION APPARATUS FOR VPN OPTIMIZATION BY DEFRAGMENTATION AND DEDUPLICATION AND METHOD | 13166807 | 06/23/2011 | 8571042 | 10/29/2013 |
| Client-Server Transactional Pre-Archival Apparatus | 13246834 | 09/27/2011 | 8725704 | 05/13/2014 |
| DISTRIBUTED FREQUENCY DATA COLLECTION VIA INDICATOR EMBEDDED WITH DNS REQUEST | 12610511 | 11/02/2009 | 8775604 | 07/08/2014 |
| CONTROLLING TRANSMISSION OF UNAUTHORIZED UNOBSERVABLE CONTENT IN EMAIL USING POLICY | 12351812 | 01/10/2009 | - | - |
| System and Web Security Agent Method for Certificate Authority Reputation Enforcement | 13225371 | 09/02/2011 | - | - |
| Proxy Apparatus for Certificate Authority Reputation Enforcement in the Middle | 13225432 | 09/03/2011 | - | - |
| MORE ELEGANT EXASTORE APPARATUS AND METHOD OF OPERATION | 13246386 | 09/27/2011 | 8788831 | 07/22/2014 |
| METHOD FOR DETECTING MALICIOUS JAVASCRIPT | 13152269 | 06/03/2011 | 8789178 | 07/22/2014 |
| DISTRIBUTED FREQUENCY DATA COLLECTION VIA DNS NETWORKING | 12610505 | 11/02/2009 | 8843612 | 09/23/2014 |
| CONFIGURING A PLURALITY OF DIVERSE DEVICES/SERVICES FROM AN ADAPTIVE CONFIGURATION CONTROL HYPER-SERVER APPARATUS | 13225428 | 09/03/2011 | 9021017 | 04/28/2015 |
| Distributed frequency data collection via DNS | 11903605 | 09/24/2007 | - | - |

| Title | Application No. | Filing Date | Patent No. | Issue Date |
|---|---|---|---|---|
| MULTILEVEL INTENT ANALYSIS METHOD FOR EMAIL FILTRATION | 12128286 | 05/28/2008 | - | - |
| OPERATING A SERVICE ON A NETWORK AS A DOMAIN NAME SYSTEM SERVER | 12167134 | 07/02/2008 | - | - |
| DEMAND SCHEDULED EMAIL VIRUS AFTERBURNER APPARATUS, METHOD, AND SYSTEM | 12431757 | 04/29/2009 | - | - |
| Hierarchical skipping method for optimizing data transfer through retrieval and identification of non-redundant components | 12497563 | 07/03/2009 | - | - |
| SHARED SCALABLE SERVER TO CONTROL CONFIDENTAL EVENT TRAFFIC AMONG RECORDATION TERMINALS, ANALYSIS ENGINES, AND A STORAGE FARM COUPLED VIA A PUBLIC NETWORK | 12551239 | 08/31/2009 | - | - |
| Shared scalable server to control confidential sensory event traffic among recordation terminals, analysis engines, and a storage farm coupled via a non-proprietary communication channel | 12578008 | 10/13/2009 | - | - |
| SECURE EXTRANET SERVER | 12685708 | 01/12/2010 | - | - |
| WEB APPLICATION SECURITY FILTERING | 12703148 | 02/09/2010 | - | - |
| Detecting and Thwarting Browser-Based Network Intrusion Attacks For Intellectual Property Misappropriation System and Method | 12732189 | 03/26/2010 | - | - |
| Certified URL checking, caching, and categorization service | 12784471 | 05/20/2010 | - | - |
| QUERYING A DATABASE AS A DOMAIN NAME SYSTEM RESOLVER | 12851499 | 08/05/2010 | - | - |
| CLOUD MESSAGE TRANSFER APPARATUS TO REDUCE NON-DELIVERY REPORTS | 12973727 | 12/20/2010 | - | - |

| Title | Application No. | Filing Date | Patent No. | Issue Date |
|---|---|---|---|---|
| FACILITATING TRANSMISSION OF AN EMAIL OF A WELL BEHAVED SENDER BY EXTRACTING EMAIL PARAMETERS AND QUERYING A DATABASE | 13153327 | 06/03/2011 | - | - |
| Parallel Tracing Apparatus For Malicious Websites | 13156340 | 06/09/2011 | - | - |
| MULTILEVEL INTENT ANALYSIS APPARATUS & METHOD FOR EMAIL FILTRATION | 13175812 | 07/01/2011 | - | - |
| System to Embed Enhanced Security / Privacy Functions Into a User Client | 13183403 | 07/14/2011 | - | - |
| Adaptive Concentrating Data Transmission Heap Buffer and Method | 13280268 | 10/24/2011 | - | - |
| A BANDWIDTH SHAPING CLIENT TO CAPTURE, TRANSFORM, CACHE, AND UPLOAD IMAGES FROM A REMOTE POINT OF RECORDATION TO A NETWORK SERVICE | 12395437 | 02/27/2009 | 8558888 | 10/15/2013 |
| INTERNET-BASED CAMERA FOCUSING METHOD AND APPARATUS | 12511822 | 07/29/2009 | 8194174 | 06/05/2012 |