# Lee Declaration Exhibit 4

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| | |
|---|---|
| SUBMISSION TYPE: | NEW ASSIGNMENT |
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| STEVEN GODDARD ROSKOWSKI | 03/02/2009 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | THIRD IRIS CORP. |
| Street Address: | PO BOX 309 |
| Internal Address: | UGLAND HOUSE |
| City: | GRAND CAYMAN |
| State/Country: | CAYMAN ISLANDS |
| Postal Code: | KY1-1104 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Application Number: | 12395437 |

**CORRESPONDENCE DATA**

Fax Number: (415)446-0192
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone: 6507591207
Email: PETER_GH_HWANG@PATENTRY.COM
Correspondent Name: Peter GH Hwang
Address Line 1: PO BOX 151616
Address Line 4: San Rafael, CALIFORNIA 94915

| | |
|---|---|
| ATTORNEY DOCKET NUMBER: | Z-PTNTR200904 |
| NAME OF SUBMITTER: | Peter G.H. Hwang |

Total Attachments: 1
source=assignment3rdIRIScorp#page1.tif

OP $40.00 12395437

500795130

PATENT
REEL: 022333 FRAME: 0479

| ASSIGNMENT OF APPLICATION | Docket Number  Z-PTNTR200904 |
|---|---|

WHEREAS, the undersigned:
1. Steven Goddard Roskowski
149 Holly Hill Way
Los Gatos CA 95032

2.

3.

4.

(hereinafter "Inventor(s))," have invented certain new and useful improvements in

## A point of recordation terminal apparatus for sending high complexity image sequences over an unreliable low-bandwidth channel

☐ for which Application No. 12395437 was filed on FEB 27, 2009 in the United States Patent Office;

☐ for which a United States patent application is executed on even date herewith;
☐ for which Application No. _____ was filed on _____ in the U.S. Receiving Office of the Patent Cooperation Treaty;
☐ for which Application No. _____ was filed on _____ in the _____ Patent Office; and/or
☐ for which an application was filed upon which a United States Patent issued on _____, as U.S. Patent No. _____
(hereinafter "Application(s)").

WHEREAS, THIRD IRIS CORP., a corporation of CAYMAN ISLANDS, having a place of business at P O BOX 309, UGLAND HOUSE, GRAND CAYMAN, KY1-1104, CAYMAN ISLANDS, (hereinafter "Assignee"), is desirous of acquiring the entire right, title and interest in and to said Application(s) and the inventions disclosed therein, and in and to all embodiments of the inventions, heretofore conceived, made or discovered, whether jointly or severally, by said Inventor(s) (hereinafter collectively referred to as "Inventions"), and in and to any and all patents, inventor's certificates and other forms of protection (hereinafter "Patent(s)") thereon granted in the United States, foreign countries, or under any international convention, agreement, protocol, or treaty.

NOW, THEREFORE, in consideration of good and valuable consideration acknowledged by said Inventor(s) to have been received in full from said Assignee:

1. Said Inventor(s) do hereby sell, assign, transfer and convey unto said Assignee the entire right, title and interest (a) in and to said Inventions, including the right to claim priority to said Inventions; (b) in and to all rights to all United States and corresponding non-United States patent applications and Patent(s), including those filed under the Paris Convention for the Protection of Industrial Property, The Patent Cooperation Treaty or otherwise; (c) in and to any and all applications filed and any and all Patent(s) granted on said Inventions in the United States, in any foreign country, or under any international convention, agreement, protocol, or treaty, including each and every application filed and any and all Patent(s) granted on any application which is a divisional, substitution, continuation, or continuation-in-part of any of said Application(s); and (d) in and to each and every reissue, reexamination, or extensions of any of said Patent(s).

2. Said Inventor(s) hereby covenant and agree to cooperate with said Assignee to enable said Assignee to enjoy to the fullest extent the right, title and interest herein conveyed in the United States, foreign countries, or under any international convention, agreement, protocol, or treaty. Such cooperation by said Inventor(s) shall include prompt production of pertinent facts and documents, giving of testimony, execution of petitions, oaths, specifications, declarations or other papers, and other assistance all to the extent deemed necessary or desirable by said Assignee (a) for perfecting in said Assignee the right, title and interest herein conveyed; (b) for prosecuting any applications covering said Inventions; (c) for filing and prosecuting substitute, divisional, continuing or additional applications covering said Inventions; (d) for filing and prosecuting applications for reissuance of any said Patent(s); (e) for interference or other priority proceedings involving said Inventions; and (f) for legal proceedings involving said Inventions and any applications therefor and any Patent(s) granted thereon, including without limitation reissues and reexaminations, opposition proceedings, cancellation proceedings, priority contests, public use proceedings, infringement actions and court actions; provided, however, that the expense incurred by said Inventor(s) in providing such cooperation shall be paid for by said Assignee.

3. The terms and covenants of this assignment shall inure to the benefit of said Assignee, its successors, assigns and other legal representatives, and shall be binding upon said Inventor(s), their respective heirs, legal representatives and assigns.

4. Said Inventor(s) hereby warrant and represent that they have not entered and will not enter into any assignment, contract, or understanding in conflict herewith.

5. Said Inventor(s) hereby request that any Patent(s) issuing in the United States, foreign countries, or under any international convention, agreement, protocol, or treaty, be issued in the name of the Assignee, or its successors and assigns, for the sole use of said Assignee, its successors, legal representatives and assigns.

IN WITNESS WHEREOF, said Inventor(s) have executed and delivered this instrument to said Assignee as of the dates written below:

Date: 3/2/09   _____[signature]_____   Date: _____   _____
STEVEN GODDARD ROSKOWSKI

RECEIVED AND AGREED TO BY ASSIGNEE:

Date: _____   By: _____
Name:
Title:

RECORDED: 03/02/2009

PATENT
REEL: 022333 FRAME: 0480