# Lee Declaration Exhibit 7



# 13/666,879 | R2196-02703:

## DETECTING, RECORDING, ENCRYPTING AND UPLOADING REPRESENTATIONS OF EVENTS OF INTEREST VIA A SINGLE POINT OF RECORDATION TERMINAL (PORT)

| Application # | Attorney Docket # | Patent # | Status | Filing or 371 (c) date |
|---|---|---|---|---|
| 13/666,879 | R2196-02703 | 9,472,069 Issued - 10/18/2016 | Patented Case - 09/28/2016 | 11/01/2012 |

## 4 Assignments found

### Assignment 1

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 036956/0886 | 11/04/2015 | 2 |

Conveyance

ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). *PDF*

| Assignors | Execution date | Correspondent |
|---|---|---|
| ROSKOWSKI, STEVEN GODDARD | 10/29/2015 | DUANE MORRIS LLP<br>2475 HANOVER STREET<br>PALO ALTO, CA 94304-1194 |

Assignee

BARRACUDA NETWORKS, INC.
3175 WINCHESTER BOULEVARD
SAN JOSE, CALIFORNIA 95008

### Assignment 2

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 042834/0050 | 06/15/2017 | 13 |

Conveyance

ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). *PDF*

| Assignors | Execution date | Correspondent |
|---|---|---|
| BARRACUDA NETWORKS, INC. | 06/01/2017 | MATTHEW CONNOLLY<br>475-B VANDELL WAY<br>CAMPBELL, CA 95008 |

Assignee

VIAAS, INC.
475-B VANDELL WAY
CAMPBELL, CALIFORNIA 95008

## Assignment 3

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 061377/0208 | 09/03/2022 | 23 |

Conveyance

SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). *PDF*

| Assignors | Execution date | Correspondent |
|---|---|---|
| BARRACUDA NETWORKS, INC. | 08/15/2022 | JAVIER J. RAMOS<br>1850 K STREET, NW, SUITE 1100<br>MILBANK, LLP<br>WASHINGTON, DC 20006 |

Assignee

UBS AG, STAMFORD BRANCH, AS COLLATERAL AGENT
600 WASHINGTON BOULEVARD
STAMFORD, CONNECTICUT 06901

## Assignment 4

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 061377/0231 | 09/03/2022 | 23 |

Conveyance

SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). *PDF*

| Assignors | Execution date | Correspondent |
|---|---|---|
| BARRACUDA NETWORKS, INC. | 08/15/2022 | JAVIER J. RAMOS<br>1850 K STREET, NW, SUITE 1100<br>MILBANK, LLP<br>WASHINGTON, DC 20006 |

Assignee

KKR LOAN ADMINISTRATION SERVICES LLC, AS COLLATERAL AGENT
9 WEST 57TH STREET, 41ST FLOOR
NEW YORK, NEW YORK 10019

10 per page ▼    Page 1 of 1 ▼

**Disclaimer:** Assignment information on the assignment database reflects assignment documents that have been actually recorded. If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different. If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350.