# Lee Declaration Exhibit 8

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT3600700

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| STEVEN GODDARD ROSKOWSKI | 10/29/2015 |

### RECEIVING PARTY DATA

| Name: | BARRACUDA NETWORKS, INC. |
|---|---|
| Street Address: | 3175 WINCHESTER BOULEVARD |
| City: | SAN JOSE |
| State/Country: | CALIFORNIA |
| Postal Code: | 95008 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 13666879 |

### CORRESPONDENCE DATA

Fax Number: (650)847-4151

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 650.847.4150 |
|---|---|
| Email: | IPDocketing@duanemorris.com |
| Correspondent Name: | DUANE MORRIS LLP |
| Address Line 1: | 2475 HANOVER STREET |
| Address Line 4: | PALO ALTO, CALIFORNIA 94304-1194 |

| ATTORNEY DOCKET NUMBER: | R2196-02703 |
|---|---|
| NAME OF SUBMITTER: | DAVID T. XUE |
| SIGNATURE: | /David T. Xue/ |
| DATE SIGNED: | 11/04/2015 |

**Total Attachments: 1**  
source=R2196-02703_Assignment#page1.tif

Attorney Docket No.:  R2196-02703

## ASSIGNMENT OF PATENT APPLICATION

WHEREAS, **Steven Goddard Roskowski**, located at 149 Holly Hill Way, Los Gatos, CA  95032 hereinafter referred to as "Assignor," is the inventor of the invention described and set forth in the below-identified application for the United States or in any other country Letters Patent:

| | |
|---|---|
| Title of Invention: | DETECTING, RECORDING, ENCRYPTING AND UPLOADING REPRESENTATIONS OF EVENTS OF INTEREST VIA A SINGLE POINT OF RECORDATION TERMINAL (PORT) |
| U.S. Application. No.: | 13/666,879 |
| U.S. Filing Date: | November 1, 2012 |

WHEREAS, **Barracuda Networks, INC.**, located at 3175 Winchester Boulevard, San Jose, CA 95008, hereinafter referred to as "ASSIGNEE," is desirous of acquiring ASSIGNOR'S interest in the said invention and application and in any U.S. or in any other country Letters Patent which may be granted on the same;

NOW, THEREFORE, TO ALL WHOM IT MAY CONCERN: Be it known that, for good and valuable consideration, receipt of which is hereby acknowledged by Assignor, Assignor have sold, assigned and transferred, and by these presents do sell, assign and transfer unto the said Assignee, and Assignee's successors and assigns, all their right, title and interest in and to the said invention and application, and in and to any Letters Patent which may hereafter be granted on the same in the United States or in any other country, the said interest to be held and enjoyed by said Assignees as fully and exclusively as it would have been held and enjoyed by said Assignor had this Assignment and transfer not been made, to the full end and term of any Letters Patent which may be granted thereon, or of any division, renewal, continuation in whole or in part, substitution, conversion, reissue, prolongation or extension thereof.

Assignor further agrees that he will, without charge to Assignee, but at Assignee's expense, cooperate with Assignee in the prosecution of said application and/or applications, execute, verify, acknowledge and deliver all such further papers, including applications for Letters Patent and for the reissue thereof, and instruments of assignment and transfer thereof, and will perform such other acts as Assignee lawfully may request, to obtain or maintain Letters Patent for said invention and improvement, and to vest title thereto in Assignee, or Assignee's successors and assigns.

IN TESTIMONY WHEREOF, Assignor has signed his name on the date indicated.

*Steve Roskowski*                                             10/29/15
_____                     _____
**STEVEN GODDARD ROSKOWSKI**                     **(Date)**